Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 02 C 2305 | DATE | 8/2/2002 |
| CASE TITLE | Donald W. Parrillo et al. Vs. Nancy L. Reilly etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Since the motion for reconsideration was never filed - plaintiffs choosing to appeal instead- there is no reason to continue consideration of the petition. We direct Donald W. Parrillo and Kimberly E. Schob to appear before this court August 21, 2002, at 10:00am. to show cause why they should not be held to be in contempt of court. Defendants in this action shall provide for personal service upon the plaintiffs.

(11) ■ [For further detail see order attached to the original minute order.]

| | Notices | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 3 number of notices | |
| | No notices required. | | AUG 0 6 2002 date docketed | |
| | Notices mailed by judge's staff. | | UM docketing deputy initials | 25 |
| | Notified counsel by telephone. | | AUG 0 6 2002 date mailed notice | |
| ✓ | Docketing to mail notices. | | UM mailing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |

| WAH | courtroom deputy's initials | U.S. DISTRICT COURT CLERK 02 AUG -5 PM 1:54 Date/time received in central Clerk's Office |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD W. PARRILLO and KIMBERLY E. SCHOB, Plaintiffs, | ) | |
| vs. | ) | No. 02 C 2305 |
| NANCY L. REILLY f/k/a NANCY R. PARRILLO, DONALD W. RICE, and JOSEPH D. BRADLEY, Defendants. | ) | |

DOCKETED
AUG 06 2002

MEMORANDUM OPINION AND ORDER

On May 23, 2002, this court enjoined Donald W. Parrillo and Kimberly E. Schob from initiating any action anywhere relating to the assets included in the Indiana bankruptcy estate or to the enforcement of Reilly's judgments against him, without first having obtained leave of this court. We also dismissed their complaint. A motion for relief from judgment was denied on June 20, 2002, but we granted leave to them to file a motion to reconsider by July 5, 2002. Instead, they filed a notice of appeal on July 1, 2002.

In the meantime, however, they each filed, on June 10, 2002, complaints in the federal court in Arizona which may violate the injunction. Leave of this court to file was not sought or obtained. A petition for a rule to show cause was filed by the defendants on June 20, 2002, but was continued on that date because of the expected filing of a motion for reconsideration. Since the motion for reconsideration was never filed – plaintiffs choosing to appeal instead – there is no reason to continue consideration of the petition.

The injunction remains in full force and effect, and we have full power and authority to enforce that injunction, absent a stay. United States v. Articles of Food and Drug, 441

25

F.Supp. 772 (E.D. Wisc. 1977). We direct Donald W. Parrillo and Kimberly E. Schob to appear before this court on August 21, 2001, at 10 a.m., to show cause why they should not be held to be in contempt of court. Defendants in this action shall provide for personal service upon the plaintiffs.

James B. Moran
JAMES B. MORAN
Senior Judge, U. S. District Court

Aug. 2, 2002.