# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 2305 | **DATE** | 11/6/2003 |
| **CASE TITLE** | DONALD W. PARILLO, et al vs. NANCY L. REILLY, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiffs' motion to vacate the judgment of June 13, 2002 is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | NOV 0 7 2003 | |
| | Notified counsel by telephone. | date docketed | 51 |
| ✓ | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | NOV 0 7 2003 date mailed notice | |
| LG | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DONALD W. PARILLO and KIMBERLY E. SCHOB,

    Plaintiffs,

vs.

NANCY L. REILLY, f/k/a NANCY R. PARILLO, and DONALD W. RICE, and JOSEPH D. BRADLEY,

    Defendants.

No. 02 C 2305

DOCKETED
NOV 0 7 2003

## MEMORANDUM OPINION AND ORDER

On June 13, 2003, we entered a minute order awarding $20,000 in attorney's fees to defendant Nancy Reilly, which plaintiffs now seek to vacate. Plaintiffs' motion is denied.

Plaintiffs essentially raise two arguments in support of their motion. First, they claim that Reilly's demand for attorney's fees represents improper double-billing, arguing that defendant Donald W. Rice already sought to collect the fees in question pursuant to a bankruptcy proceeding in Indiana, making collection of them here improper. As far as we can tell, the fee statements presented to the bankruptcy court represent costs that Rice was seeking to collect from Reilly. Plaintiffs do not direct us to any order by Judge Dee requiring them to pay fees, nor do they claim to have done so. The fees that Reilly now seeks from Parillo are therefore proper and our original order stands. We recognize that plaintiffs should not be forced to pay twice for the same legal work performed by Rice. To the best of our knowledge, however, they have yet to make any such payments.

Second, plaintiffs contend that Reilly is not entitled to attorney's fees related to a

number of lawsuits because she was not named as a party in those suits. Reilly, however, has demonstrated that she incurred substantial costs both in defending herself from actions filed by the plaintiffs and seeking to enforce judgments that were entered against them. Also, many of these costs arose in the context of litigation in which she was not named as a party. She is therefore entitled to collect these fees, incurred in her response to Parillo's various frivolous claims.

## CONCLUSION

For the foregoing reasons, plaintiffs' motion to vacate the judgment of June 13, 2002, is denied.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES B. MORAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Senior Judge, U. S. District Court

Nov. 6, 2003.